# NO. 12-09-00383-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GEORGE ANTHONY PICKRELL,* *APPELLANT* | § | *APPEAL FROM THE 321ST* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *LORI GAIL PICKRELL,* *APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3. Pursuant to rule 32.1, the docketing statement was due to have been filed at the time the appeal was perfected, i.e., November 10, 2009. *See* TEX. R. APP. P. 32.1. On November 13, 2009, this court notified Appellant, George Anthony Pickrell, that he should file a docketing statement immediately if he had not already done so.

Because Pickrell did not file a docketing statement as requested in the November 13, 2009 letter, this court issued a second notice on December 2, 2009, advising Pickrell that the docketing statement was past due. The notice further provided that unless the docketing statement was filed on or before December 14, 2009, the appeal would be presented for dismissal in accordance with rule 42.3. The date for filing the docketing statement has passed, and Pickrell has not complied with the court's request or otherwise responded to this court's notices. Because Pickrell has failed, after notice, to comply with rule 32.1, the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered December 16, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)